**Russell G. Petti**, State Bar No. 137160
**THE LAW OFFICES OF RUSSELL G. PETTI**
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168Telephone
818 952-2186 Facsimile
Rpetti@petti-legal.com E-Mail

**John C. Breslo, State Bar No. 163757**
**KNAPP & ROBERTS**
8777 N. Gainey Center Drive, Suite 181
Scottsdale, Arizona 85258
480 991-7677 Telephone
480-991-0058 Facsimile

Counsel for Plaintiff Kyle Wright and Jenna Burnette

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE WRIGHT and JENNA BURNETTE,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NEPTUNE SOCIETY OF CENTRAL CALIFORNIA, INC., UNION CEMETERY ASSOCIATION, and DOES 1 through 25,<br><br>Defendants. | Case No. 1:07-CV-00117-LJO-TAG<br><br>STIPULATION AND ORDER TO DISMISS UNION CEMETERY ASSOCIATION WITHOUT PREJUDICE |

Plaintiffs Kyle Wright and Jenna Burnett on the one hand, and defendant Union Cemetery Association on the other, through their respective counsel of record, hereby stipulate and request that Union Cemetary Association be

///

///

///

---

Stipulation and [Proposed] Order for Dismissal of Union Cemetery Association

dismissed from this action without prejudice, with the parties to bear their own costs and attorneys' fees.

| DATED: February __, 2007 | DATED: February __, 2007 |
|---|---|
| RUSSELL G. PETTI<br>LAW OFFICES OF RUSSELL G. PETTI | Steve W. Nichols<br>Law Offices of Young & Nichols |
| By_____<br>Russell G. Petti<br>Attorneys for Plaintiffs<br>Kyle Wright and Jenna Burnette | By_____<br>Steve W. Nichols<br>Attorneys for The Union Cemetery Association |

## ORDER

**BASED ON THE STIPULATION OF THE PARTIES** and for good cause shown, it is hereby ORDERED that Defendant Union Cemetery Association is Dismissed Without Prejudice, with all parties to bear their own costs and fees.

IT IS SO ORDERED.

**Dated:   March 12, 2007**           /s/ Lawrence J. O'Neill
b9ed48                                        UNITED STATES DISTRICT JUDGE

2
Stipulation and [Proposed] Order for Dismissal of Union Cemetery Association